UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
OPPENHEIMER & CO. INC.,

                   Petitioners,

-against-

GABRIEL BLOCK,

                   Respondent.
------------------------------------- x



ORDER

18 Civ. 11686 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This action having been commenced on December 13, 2018, by the filing of a Petition to Confirm Arbitration ("Petition"), and a copy of the Petition and Summons having been served on Respondent by mail on January 9, 2019, and proof of service having been filed on January 30, 2019, and Respondent having failed to answer, appear, or otherwise move with respect to the Petition, and the time for appearing, answering, or moving having expired, it is hereby:

    ORDERED, ADJUDGED, AND DECREED that the Petition to Confirm Arbitration in the above-captioned action, ECF No. 1, is GRANTED.

    The status conference scheduled for July 23, 2019 at 9:45 a.m. is cancelled.

Dated: New York, New York
       July 11, 2019

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge